UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY DAVIS, et al.,

        Plaintiffs,

                                     Case No. 06-11950

v.                                       Hon. Nancy G. Edmunds

Venture One Construction, Inc., et al.,

        Defendants.

_____/


**ORDER VACATING ORDER OF REFERENCE [70]**

        On March 22, 2010, Plaintiffs' motion in limine was referred to Magistrate

Judge Majzoub for hearing and determination.  This Court heard the motion in limine at  a

scheduled motion for summary judgment hearing.   Accordingly, the order of reference  to

Magistrate Judge Majzoub  is **VACATED**.

        SO ORDERED.

                    s/Nancy G. Edmunds_____
                    Nancy G. Edmunds
                    United States District Judge

Dated:  March 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on March 31, 2010, by electronic and/or ordinary mail.

                    s/Carol A. Hemeyer_____
                    Case Manager