UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY DAVIS AND JAMES DAVIS,

    Plaintiffs,

v.

VENTURE ONE CONSTRUCTION, INC.,
ET AL.,

    Defendants.
    _____/

Case No. 06-11950

Honorable Nancy G. Edmunds

## ORDER DENYING PLAINTIFFS' MOTION *IN LIMINE* REGARDING SURVEILLANCE FILM [69]

At a hearing held on March 31, 2010, the matter came before the Court on Plaintiff's motion *in limine* regarding surveillance film [69]. Being fully advised in the premises, having read the parties' briefs, the Court DENIES Plaintiffs' motion for the reasons stated on the record.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: March 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2010, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager