# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Joy Davis, et al.,
Pilot Travel Centers, LLC

            Plaintiff(s),

v.

Venture One Construction,

            Defendant(s),
_____/

Case Number: 06-11950 & 10-10690

Honorable Nancy G. Edmunds

Magistrate Judge Mark Randon

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Mark Randon for the following purpose(s):

- **Conduct the following pretrial proceedings:**

Consolidated settlement conference for cases 06-11950 and 10-10690.

            s/Nancy G. Edmunds
            Nancy G. Edmunds
            United States District Judge

Dated: March 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2010, by electronic and/or ordinary mail.

            s/Carol A. Hemeyer
            Case Manager